UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE DANIELS, | Case No. 8:24-cv-02626-SSS-MAR |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| ORANGE COUNTY SHERIFF"S DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, the Report and Recommendation of the United States Magistrate Judge (Dkt. 66), and the objections filed.

The Report recommends granting a motion by two Defendants, Rodrigues and Bello, to set aside the defaults entered against them, because Plaintiff did not properly serve the FAC upon them.  [Dkt. 66].  Plaintiff's objections to the Report do not merit a different result.

Plaintiff objects that Defendants Rodrigues and Bello subjected themselves to the jurisdiction of this Court by making an appearance through their attorney of record on February 25, 2026.  [Dkt. 71 at 5; *see also* Dkt. 60].  The objection is unavailing because the defaults were entered almost one year earlier, on March 31,

2025, against Defendant Bello, and then on April 11, 2025, against Defendant Rodrigues.  [Dkts. 42, 47].

Plaintiff objects that Defendants Rodrigues and Bello were properly served with a copy of the FAC.  [Dkt. 71 at 5-6].  The Court agrees with the Report that service of the FAC upon Defendants Rodrigues and Bello, through the mail, was improper.  "[A]n amended complaint can be only served in this manner 'if the original complaint is properly served and the defendants appeared in the first instance.'"  [Dkt. 66 at 4 (quoting *Emp. Painters' Tr. v. Ethan Enters., Inc.*, 480 F.3d 993, 996 (9th Cir. 2007)].  "Defendants have never participated in this litigation in any way, other than by this current attempt to set aside their defaults."  [Dkt. 66 at 5].

The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED**:

(1)    the Report and Recommendation is accepted;

(2)    Defendants Rosio A. Rodrigues and Brianna T. Bello's motion to set aside (Dkt. 48) is **GRANTED**;

(3)    the Clerk is hereby directed to **VACATE** the entries of default against Defendants Rodrigues and Bello [Dkts. 42, 47].

(4)    Defendants Rosio A. Rodrigues and Brianna T. shall file an Answer or Responsive Pleading within thirty days of this Order or within thirty days of the filing of any Amended Complaint.

Dated:  May 21, 2026

_____
HONORABLE SUNSHINE SUZANNE SYKES
United States District Judge

2