UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE DANIELS, | Case No. 8:24-cv-02626-SSS-MAR |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| ORANGE COUNTY SHERIFF''S DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, the Report and Recommendation of the United States Magistrate Judge (Dkt. 68), and the objections filed.

The First Amended Complaint ("FAC") alleges eleven causes of action stemming from Plaintiff's detention in the Orange County Women's Central Jail for a period of nine hours on March 25, 2024. [Dkt. 18 at 8]. The Report recommends the partial grant of a Motion to Dismiss filed by the County of Orange ("County"), which would result in the dismissal of the FAC with leave for Plaintiff to amend some of her claims. [Dkt. 68]. Plaintiff's objections to the Report do not merit a different result.

Plaintiff objects that the County lacks standing to file the Motion to Dismiss because the County is not named as a Defendant in the FAC. [Dkt. 70 at 4]. Although Plaintiff does not name the County as a Defendant in the FAC, Plaintiff

does name three County entities as Defendants, specifically, the Orange County Sheriff's Department, the Orange County Jail, and the Orange County Health Care Agency.  [Dkt. 18 at 1, 3]. The counsel of record for these County entities filed the Motion to Dismiss.  [Dkt. 22 at 1].  Because the Motion to Dismiss was filed by the counsel for the County entities being sued, the Report properly considered it.

Plaintiff objects that the FAC properly and sufficiently alleged facts to support her claims and that the Report did not construe her pleading in the light most favorable to her.  [Dkt. 70 at 4].  But Plaintiff does not specify the allegations to which she refers or specifically explain why any of the Report's analysis of her allegations was wrong.  *Id.*  Plaintiff's conclusory objection is insufficient.  *See Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1176 (9th Cir. 1996) (litigant's statement that "contains only conclusory allegations" was insufficient to be treated as an objection to Magistrate Judge's order).

Plaintiff objects that she is entitled to seek punitive damages for Defendants' evil motive or intent and their reckless or callous indifference to her federally protected rights.  [Dkt. 70 at 4-5].  The Court agrees with the Report that punitive damages cannot be levied against public entities.  [Dkt. 68 at 20].

Plaintiff objects that the Motion to Dismiss the FAC is untimely.  [Dkt. 70 at 5].  "Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."  Fed. R. Civ. P. 15(a)(3).  Federal Rule of Civil Procedure 6(d) adds three days to filing periods where, as here, service is made by mail.  Here, Defendants had seventeen days to respond to the FAC.  Defendants filed the Motion to Dismiss on March 20, 2025, seventeen days after Plaintiff served the FAC on them by mail on March 3, 2025.  [Dkts. 21, 22].  Thus, the Motion was timely.

The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED**:

(1)     the Report and Recommendation is accepted;

(2)     Defendants' motion to dismiss is **GRANTED**, in part, and **DENIED**, in part;

(3)     Plaintiff's <u>Monell</u> claims are **DISMISSED**, with leave to amend;

(4)     Plaintiff's Fourth Amendment claim is **DISMISSED**, with leave to amend;

(5)     Plaintiff's Fourteenth Amendment claim is **DISMISSED**, with leave to amend;

(6)     Plaintiff's Unruh Act claim is **DISMISSED**, with prejudice;

(7)     Plaintiff's California Health and Safety Code § 1278.5 claim is **DISMISSED**, with prejudice;

(8)     Plaintiff's battery claim is **DISMISSED**, with prejudice;

(9)     Plaintiff's prayer for punitive damages against the County of Orange is **STRICKEN**;

(10)    Defendants' Motion is **DENIED**, in all other respects.

Any Second Amended Complaint shall be filed **within thirty (30) days** of this Order.

Dated:  May 21, 2026

_____
HONORABLE SUNSHINE SUZANNE SYKES
United States District Judge

3